```
 1  GAIL SHIFMAN
    Attorney at Law
 2  633 Battery Street, Suite 635
    San Francisco, California 94111
 3  Telephone (415) 551-1500
    Facsimile: (415) 788-6787
 4
    MICHAEL BURT
 5  Law Office of Michael Burt
    600 Townsend Street, Suite 329-E
 6  San Francisco, CA 94103
    Telephone: (415) 522-1508
 7  Facsimile: (415) 522-1506

 8  Attorneys for Defendant
    DAVID GEORGE
 9
```

10
11                  **UNITED STATES DISTRICT COURT**
12                 **NORTHERN DISTRICT OF CALIFORNIA**
13                            --o0o--

14  **UNITED STATES OF AMERICA,**
                                        No. CR-01-0149 MJJ
15            Plaintiff,                    CR-04-0083 MJJ

16      vs.                             STIPULATION AND ORDER
                                        <u>CONTINUING STATUS HEARING DATE</u>
17  **JAMES HILL, et al.,**
                                          GRANTED
18            Defendants.
    _____/
19

20      The parties stipulate and agree that the status hearing date
21  currently set for December 13, 2006 shall be vacated and continued
22  until December 21, 2006 at 2:00 p.m to allow the parties to meet
23  and confer regarding settlement.
24      The parties also stipulate and agree that the time from
25  December 13, 2006 until December 21, 2006 is excludable from
26  calculations under the Speedy Trial Act, 18 U.S.C. 3161, for the
27  defendants in each of the above cases.  The cases have previously
28  been declared complex based on the nature of the charges, and the

                                                                     1

complexity of factual and legal issues as yet unresolved, and the parties need time to effectively prepare due to the complexity and to engage in settlement discussions. Additionally, the motion challenging the admissibility of gang expert testimony pursuant to a *Daubert* motion remains pending with hearings yet to be set and additional motions remain pending with dates yet to be set. As to the death-eligible defendants David George and James Hill, both defendants are participating in the process to determine whether the death penalty will be sought and are preparing presentations to the United States Attorney to occur locally and to the Department of Justice at its Washington, D.C. offices. Defendant Kenyana Jones' attorney was recently appointed and this reason as well as those stated above, resulting in an exclusion to time under the Speedy Trial Act. The parties stipulate and agree that time from December 13, 2006 until December 21, 2006 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED.

Dated: December 11, 2006                     Dated: December 11, 2006

     /s/ with consent                                /s/

---

GREGG LOWDER                                 GAIL SHIFMAN and MICHAEL BURT
Assistant U.S. Attorney                      Attorneys for Defendant
                                             DAVID GEORGE

Dated: December 11, 2006                     Dated: December 11, 2006

     /s/ with consent                             /s/ with consent

---

RICHARD MAZER and BILL OSTERHOUDT            FRANK McCABE
Attorneys for Defendant                      Attorney for Defendant
JAMES HILL                                   TREARL MALONE

2

Dated: December 11, 2006

/s/ with consent

_____
ERIC QUANDT
Attorney for Defendant
KENYANA JONES

ORDER

This matter having come before the Court upon the Stipulation of the parties and the Court being advised,

IT IS ORDERED that the status hearing date of December 13, 2006 shall be vacated and continued until December 21, 2006, at 2:00 p.m.

IT IS FURTHER ORDERED as to both cases CR 01-0149 MJJ and CR 04-0083 MJJ, based on the reasons contained in the stipulation that the Court finds that the pending motions applicable to both cases, the necessity of sufficient time for effective preparation including newly appointed counsel for defendant Kenyana Jones, settlement conferences and the pending motions as well as the complexity of the cases, that the ends of justice served by excluding from calculations the time period from December 13, 2006 through December 21, 2006 outweigh the best interests of the public and all defendants in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161and that the period of time from December 13, 2006 through December 21, 2006 is excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

DATED: December _12_, 2006                    _____
                                              UNITED STATES DISTRICT JUDGE